IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TRE'VON A. WOODARDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00645-O-BP |
| | § | |
| GOOGLE, CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. Plaintiff filed Objections (ECF No. 8), however they are illegible. The undersigned has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

It is further **ORDERED** Plaintiff shall file no future civil action in this Court or continue any action that is removed to this Court unless he obtains leave from a judge of this Court to do so. Plaintiff shall attach a copy of this Order to any future filing requesting that a new case file be opened in this Court and to the first pleading that he files in any action removed to this Court.

The Clerk of the Court is instructed not to file any complaint or other pleading opening a case offered by Plaintiff unless a judge of this Court has granted him leave to proceed.

**SO ORDERED** on this **19th** day of **August**, **2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE